IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| AMBER ELIZABETH THOMSEN,<br><br>                Plaintiff,<br><br>vs.<br><br>MUTUAL OF OMAHA INSURANCE,<br><br>                Defendant. | 8:16CV312<br><br>**ORDER** |

The defendant intends to file a motion to dismiss.

Accordingly,

IT IS ORDERED:

1) The defendant's request to continue the Rule 26(f) Report deadline is granted. The Rule 26(f) Report deadline is continued pending further order of the court.

2) Defendant's anticipated motion to dismiss shall be filed on or after August 24, 2016. Plaintiff's response shall be filed within 21 days thereafter.

3) Plaintiff is reminded that if she fails to keep the court apprised of her current mailing address, or if she fails to timely respond to the defendant's motion to dismiss, her case may be dismissed for want of prosecution and without further notice.

4) To assist the court with internally monitoring case progression, the clerk shall set an August 24, 2016 case management deadline with the following language: Deadline for filing motion to dismiss.

July 26, 2016.

                                                  BY THE COURT:

                                                  *s/ Cheryl R. Zwart*
                                                  United States Magistrate Judge